UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
PHILLIP PITTER

                Plaintiff,         **ECF CASE**

    -against-                Docket No. 07-CV-8544(RJS)(RLE)

                                                **NOTICE OF APPEARANCE**

THE CITY OF NEW YORK, et. al.

                Defendants.
------------------------------------------------------------------X

       **PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for defendants City of New York, Police Commissioner Raymond Kelly, Deputy Inspector Robert Brower, Detective William Downey and Detective Donald Lamanque and requests that all future papers in this action be served upon the undersigned at the address designated below.

Dated:  New York, New York
         October 31, 2007

                                           MICHAEL A. CARDOZO
                                           Corporation Counsel of
                                           the City of New York
                                           Attorney for defendants City of New York,
                                           Police Commissioner Raymond Kelly,
                                           Deputy Inspector Robert Brower,
                                           Detective William Downey and
                                           Detective Donald Lamanque
                                           100 Church Street
                                           New York, New York 10007
                                           (212) 442-0832
                                           (212) 788-9776 (fax)

                                           By:   s/ Hugh A. Zuber              .
                                                  Hugh A. Zuber (HZ 4935)
                                                  Assistant Corporation Counsel

- 2 -

TO:   The Clerk of the Court (By ECF)
      United States District Court
      Southern District of New York
      500 Pearl Street
      New York, New York 10007

CC:   Nicole Bellina, Esq.
      Stoll, Glickman & Bellina, LLP
      71 Nevins Street
      Brooklyn, New York 11217