UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHILLIP PITTER,

    Plaintiff,

-v-

THE CITY OF NEW YORK, *et al.*,

    Defendants.

No. 07 Civ. 8544 (RJS)

ORDER

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/5/08

RICHARD J. SULLIVAN, District Judge:

    Having reviewed the Complaint filed in the above-entitled action, the Court notes that plaintiff asserts that he is a resident of Kings County, New York, and that the individual defendants are the Police Commissioner of the City of New York and various police officers of the defendant City of New York. In addition, the Complaint indicates that the action arises from alleged injuries plaintiffs suffered as a result of an alleged assault by defendants in the Brooklyn Criminal Court in Brooklyn, New York. Thus, it appears that all or most of the material events, documents, persons, and potential witnesses related to this action are located in the Eastern District of New York.

    Accordingly, all parties currently appearing in this action are ORDERED to submit a letter, not to exceed three (3) pages in length, indicating whether they oppose transfer of this action to the Eastern District of New York and, if so, the basis of their opposition, no later than February 19, 2008. Failure to submit a letter in accordance with this Order will be deemed consent to the transfer.

SO ORDERED.

Dated:    New York, New York
           February 5, 2008

                                                RICHARD J. SULLIVAN
                                                UNITED STATES DISTRICT JUDGE